IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:03-HC-327-BO

JIMMY WAYNE LAWRENCE,                    )
                                         )
            Petitioner,                  )
                                         )
      v.                                 )          ORDER
                                         )
GERALD BRANKER,[1] Warden,               )
Central Prison, Raleigh, North Carolina, )
                                         )
            Respondent.                  )

Upon consideration of petitioner's motion to seal [D.E. # 45] the proposed budget for

clemency proceedings filed on December 15, 2011, it is ORDERED that the motion is GRANTED.

SO ORDERED, this 21 day of December, 2011.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

---

[1] Gerald Branker has replaced R.C. Lee as Warden of Central Prison and will be substituted as the proper party.